# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 26−52217−mmp
Chapter No.: 7
Judge: Michael M Parker

IN RE: **Annielle Vera Melnyk** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at San Antonio Courtroom 1, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on **9/8/26 at 10:00 AM**

Hearing to Consider and Act Upon the Following: (IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E−MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov.) (Related Document(s): 7 Debtor's Application for Waiver of Chapter 7 Filing Fee In Forma Pauperis filed by Debtor Annielle Vera Melnyk. Hearing Scheduled For 9/8/2026 at 10:00 AM at SA Courtroom 1. (Castleberry, Deanna)

Dated: 8/13/26

Robert Joseph Lawson
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKapac]

United States Bankruptcy Court

Western District of Texas

In re: Case No. 26-52217-mmp

Annielle Vera Melnyk Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-5 User: admin Page 1 of 2

Date Rcvd: Aug 13, 2026 Form ID: 134 Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Annielle Vera Melnyk, 7947 Corona Ridge, San Antonio, TX 78244-2217 |
| 19275224 | + | CareLink, Mailstop 29-2, 4502 Medical Dr., San Antonio, TX 78229-4402 |
| 19275223 | | University Health / CareLink, P.O. Box 734808, Dallas, TX 75373-4808 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 19275222 | ^ | MEBN | Aug 13 2026 23:38:10 | ADT Security Services, 452 Sable Blvd., Unit G, Aurora, CO 80011-0813 |
| 19275209 | | Email/Text: kristin.villneauve@allianceoneinc.com | Aug 13 2026 23:42:00 | AllianceOne Receivables Management, P.O. Box 3102, Southeastern, PA 19398-3102 |
| 19275220 | + | Email/Text: documents@apellesnow.com | Aug 13 2026 23:43:00 | Appelles, P.O. Box 1578, Middletown, OH 45042-7395 |
| 19275208 | | Email/Text: ecf@becu.org | Aug 13 2026 23:43:00 | Boeing Employees Credit Union, P.O. Box 97050, Seattle, WA 98124-9750 |
| 19275215 | + | Email/Text: bankruptcy@cavps.com | Aug 13 2026 23:43:00 | Cavalry SPV I, LLC, 1 American Ln., Suite 220, Greenwich, CT 06831-2563 |
| 19275210 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2026 23:46:22 | Citibank, N.A., P.O. Box 6190, Sioux Falls, SD 57117-6190 |
| 19275211 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2026 23:46:18 | Citibank, N.A., Attn: Legal Processing/Bankruptcy, P.O. Box 6771, Sioux Falls, SD 57117-6771 |
| 19275212 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2026 23:46:27 | Citibank, N.A. / Citi Simplicity, 5800 South Corporate Pl., Sioux Falls, SD 57108-5027 |
| 19275225 | ^ | MEBN | Aug 13 2026 23:41:43 | Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043-1351 |
| 19275216 | | Email/Text: dgyservice@jwylaw.com | Aug 13 2026 23:43:00 | Jenkins & Young, P.C., Attn: Dan G. Young, P.O. Box 420, Lubbock, TX 79408-0420 |
| 19275218 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2026 23:46:27 | LVNV Funding LLC, c/o Resurgent Capital Services LP, P.O. Box 10497, Greenville, SC 29603-0497 |
| 19275219 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 13 2026 23:43:00 | Midland Credit Management, Inc., 320 E. Big Beaver Rd., Suite 300, Troy, MI 48083-1271 |
| 19275214 | | Email/Text: lawfirmTX@RAUSCHSTURM.com | Aug 13 2026 23:42:00 | Rausch Sturm LLP, Attn: Bankruptcy/ Correspondence, 300 North Executive Drive, Suite 200, Brookfield, WI 53005 |
| 19275213 | | Email/Text: lawfirmTX@RAUSCHSTURM.com | Aug 13 2026 23:42:00 | Rausch Sturm LLP, Attn: Shenea Anika Banks, Esq., 15660 N. Dallas Pkwy., Suite 350, Dallas, |

| | | | | |
|---|---|---|---|---|
| | | | | TX 75248 |
| 19275221 | + | Email/Text: clientservices@sourcerm.com | Aug 13 2026 23:43:00 | Source Receivables Management, P.O. Box 4068, Greensboro, NC 27404-4068 |
| 19275217 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 13 2026 23:46:26 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965065, Orlando, FL 32896-5065 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ron Satija | rsatija@haywardfirm.com szeigler@fsscommerce.com;RS135@trustesolutions.net;rsatija@ecf.inforuptcy.com;laura@satijatrustee.com |
| United States Trustee - SA12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 2